IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MS, through his next friend
and parent, FLORINDA HARRIS,

      Plaintiff,

v.                                            Civ. No. 13- 628 RB/GBW

EASTERN NEW MEXICO
MENTAL RETARDATION
SERVICES, *et al.*,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendations (*doc. 254*) recommending that the Court find that the proposed settlement agreement satisfies the five-factor test set out in *Jones v. Nuclear Pharmacy, Inc.*, 741 F.2d 322 (10th Cir. 1984), and that therefore the proposed settlement agreement should be approved. All remaining parties have filed notices of non-objection to the PFRD (*see docs. 256, 257, 258, 259*), and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendations (*doc. 254*) is ADOPTED and the parties' proposed settlement is APPROVED.

_____
THE HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE